# EXHIBIT B

US00D513712S

(12) **United States Design Patent**     (10) Patent No.:     **US D513,712 S**

Koren     (45) Date of Patent:     ** **Jan. 24, 2006**

(54) **ETERNITY BAND WITH U-SHAPED SEATS FOR GEMSTONES**

(76) Inventor:   **Daniel Koren**, 555 Madison Ave., New York, NY (US) 10022

(**) Term:   14 Years

(21) Appl. No.: **29/229,174**

(22) Filed:   **May 4, 2005**

(51) **LOC (8) Cl.** .................................................. **11-01**

(52) **U.S. Cl.** ......................................... D11/34; D11/38

(58) **Field of Classification Search** ................... D11/3, D11/26–39, 86, 91, 92; 63/15, 15.1–15.4, 63/15.45, 15.5–15.6, 15.65, 15.7–15.9, 26–28
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

```
  332,183  A  * 12/1885  Becker ........................ 63/27
  802,267  A  * 10/1905  Chaumet ...................... 63/28
  D68,149  S  *  9/1925  Lindeberg ................... D11/38
D152,253  S  *  1/1949  Gaertner .................... D11/34
D373,969  S  *  9/1996  Ambar ....................... D11/34
D439,190  S  *  3/2001  Itzkowitz ................... D11/26
D451,046  S  * 11/2001  Itzkowitz ................... D11/26
6,442,971  B1    9/2002  Gurevich
D472,840  S  *  4/2003  Visick ....................... D11/3
D480,323  S    10/2003  Levi
```

```
D488,088  S     4/2004  Vartanian
D506,158  S  *  6/2005  McMullan et al. .......... D11/91
```

OTHER PUBLICATIONS

Platinum Guild International USA Catalogue vol. VIII; 2000; pg. 137; middle right side of page.*

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Melanie Levy
(74) *Attorney, Agent, or Firm*—Ezra Sutton, Esq.

(57)     **CLAIM**

The ornamental design for an eternity band with U-shaped seats for gemstones, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an eternity band with U-Shaped seats for gemstones embodying my new design with the gemstones shown in dotted lines for illustrative purposes only and forming no part of the claimed design;
FIG. 2 is a front elevational view thereof; and the rear elevational view being a mirror image thereof;
FIG. 3 is a right side elevational view thereof; and the left side elevational view being a mirror image thereof;
FIG. 4 is a top plan view thereof; and,
FIG. 5 is a bottom plan view thereof.

1 Claim, 5 Drawing Sheets





*FIG. 1*



FIG. 2



*FIG. 3*



*FIG. 4*

Case 1:16-cv-04004-AJN   Document 1-3   Filed 05/27/16   Page 7 of 7



*FIG. 5*