# EXHIBIT C


Odessa Diamond Eternity
www.forevermark.com/en-US/products/memoire-odessa-eternity-band-mop1-3wfm-2231/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
< BACK TO SEARCH RESULTS
ODESSA DIAMOND ETERNITY BAND
DESCRIPTION
This piece was crafted by Mémoire, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
Desktop
2:26 PM
5/19/2016


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
SILK DIAMOND ETERNITY BAND
DESCRIPTION
This piece was crafted by Precision Set, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
Waiting for www.forevermark.com...
Desktop
2:27 PM
5/19/2016

Eternity Band | Foreverma

www.forevermark.com/en-US/products/rahaminov-eternity-band-sku-fmrg-1285-3522/

FOREVERMARK

USA (ENGLISH)

OUR STORY ENGAGEMENT JEWELRY COLLECTIONS EXCEPTIONAL DIAMONDS WHERE TO BUY REGISTER MY DIAMOND

< BACK TO SEARCH RESULTS

# ETERNITY BAND

DESCRIPTION

This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.

DETAILS

PRICING INFORMATION

WHERE TO BUY

VIEW SIMILAR

SAVE TO WISHLIST

Desktop

2:27 PM
5/19/2016


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6573-2334/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
SILK DIAMOND ETERNITY BAND
DESCRIPTION
This piece was crafted by Precision Set, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
www.forevermark.com/en-US/products/precision-set-silk-eternity-6573-2334/
Desktop
2:28 PM
5/19/2016


Lattice Three-Row Eternit
www.forevermark.com/en-US/products/a-link-lattice-3-row-eternity-band-alk-ring-fm3r-u-20e-2103/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
LATTICE THREE-ROW ETERNITY BAND
DESCRIPTION
This piece was crafted by A. Link and Co., a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
Desktop
2:28 PM
5/19/2016


Eternity Band | Foreverma
www.forevermark.com/en-US/products/family-sku-forevermark-setting-eternity-band-clrdsetr-1-3536/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY BAND
DESCRIPTION
This piece was crafted by a Forevermark design partner to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
www.forevermark.com/en-US/products/family-sku-forevermark-setting-eternity-band-clrdsetr-1-3536/
Desktop
2:28 PM
5/19/2016


Eternity Band | Foreverma
www.forevermark.com/en-US/products/rahaminov-eternity-band-sku-fmrg-1134-3524/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY BAND
DESCRIPTION
This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
Desktop
2:29 PM
5/19/2016


Silk Eternity Band | Foreve
www.forevermark.com/en-US/products/family-sku-silk-eternity-band-656819-3033/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
SILK ETERNITY BAND
DESCRIPTION
This piece was crafted by Precision Set, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
www.forevermark.com/en-US/products/family-sku-silk-eternity-band-656819-3033/
Desktop
2:29 PM
5/19/2016

Eternity Stackable Rings |

www.forevermark.com/en-US/products/rahaminov-eternity-stackable-ring-sku-fmrg1130-2372/

FOREVERMARK

USA (ENGLISH)

OUR STORY ENGAGEMENT JEWELRY COLLECTIONS EXCEPTIONAL DIAMONDS WHERE TO BUY REGISTER MY DIAMOND

‹ BACK TO SEARCH RESULTS

# ETERNITY STACKABLE RINGS

DESCRIPTION

This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.

DETAILS

PRICING INFORMATION

WHERE TO BUY

VIEW SIMILAR

SAVE TO WISHLIST

Desktop

2:29 PM
5/19/2016

Center of My Universe™ -

www.forevermark.com/en-US/products/jade-trau-halo-eternity-band-fm2003r-2141/

FOREVERMARK

USA (ENGLISH)

OUR STORY ENGAGEMENT JEWELRY COLLECTIONS EXCEPTIONAL DIAMONDS WHERE TO BUY REGISTER MY DIAMOND

< BACK TO SEARCH RESULTS

# CENTER OF MY UNIVERSE™ HALO BAND

DESCRIPTION

This piece was crafted by Jade Trau, a Forevermark design partner, to feature Forevermark diamonds.

DETAILS

PRICING INFORMATION

WHERE TO BUY

VIEW SIMILAR

SAVE TO WISHLIST

Desktop

2:30 PM
5/19/2016


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
SILK DIAMOND ETERNITY BAND
DESCRIPTION
This piece was crafted by Precision Set, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST
Waiting for www.forevermark.com...
Desktop
10:29 AM
5/19/2016


Silk Diamond Eternity Ban ×
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Odessa Diamond Eternity ×
www.forevermark.com/en-US/products/memoire-odessa-eternity-band-mop1-3wfm-2231/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
< BACK TO SEARCH RESULTS
ODESSA DIAMOND ETERNITY BAND
DESCRIPTION
This piece was crafted by Mémoire, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY




Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Eternity Band | Foreverma
www.forevermark.com/en-US/products/rahaminov-eternity-band-sku-fmrg-1285-3522/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY BAND
DESCRIPTION
This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY

3


Silk Diamond Eternity Bar
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Lattice Three-Row Eternit
www.forevermark.com/en-US/products/a-link-lattice-3-row-eternity-band-alk-ring-fm3r-u-20e-2103/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
< BACK TO SEARCH RESULTS
LATTICE THREE-ROW ETERNITY BAND
DESCRIPTION
This piece was crafted by A. Link and Co., a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY




Silk Diamond Eternity Bar
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Eternity Stackable Rings
www.forevermark.com/en-US/products/rahaminov-eternity-stackable-ring-sku-fmrg1130-2372/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY STACKABLE RINGS
DESCRIPTION
This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Center of My Universe™
www.forevermark.com/en-US/products/jade-trau-halo-eternity-band-fm2003r-2141/
FOREVERMARK
USA (ENGLISH)
CENTER OF MY UNIVERSE™ HALO BAND
DESCRIPTION
This piece was crafted by Jade Trau, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY
VIEW SIMILAR
SAVE TO WISHLIST


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Eternity Band | Foreverma
www.forevermark.com/en-US/products/family-sku-forevermark-setting-eternity-band-clrdsetr-1-3536/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY BAND
DESCRIPTION
This piece was crafted by a Forevermark design partner to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY


Silk Diamond Eternity Ban
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Eternity Band | Foreverma
www.forevermark.com/en-US/products/rahaminov-eternity-band-sku-fmrg-1134-3524/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
ETERNITY BAND
DESCRIPTION
This piece was crafted by Rahaminov Diamonds, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY


Silk Diamond Eternity Bar
www.forevermark.com/en-US/products/precision-set-silk-eternity-6568-2333/
FOREVERMARK
USA (ENGLISH)
Silk Eternity Band | Foreve
www.forevermark.com/en-US/products/family-sku-silk-eternity-band-656819-3033/
FOREVERMARK
USA (ENGLISH)
OUR STORY
ENGAGEMENT
JEWELRY
COLLECTIONS
EXCEPTIONAL DIAMONDS
WHERE TO BUY
REGISTER MY DIAMOND
BACK TO SEARCH RESULTS
SILK ETERNITY BAND
DESCRIPTION
This piece was crafted by Precision Set, a Forevermark design partner, to feature Forevermark diamonds.
DETAILS
PRICING INFORMATION
WHERE TO BUY